# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

M. RANDY RICE, Trustee                                                                          PLAINTIFF

v.                                      No. 2:17CV126 JLH

PRAIRIE GOLD FARMS;
and FRANK PRISLOVSKY                                           DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Prairie Gold Farms and Frank Prislovsky on the claims of M. Randy Rice, Trustee. The claims of M. Randy Rice, Trustee, are dismissed with prejudice.

IT IS SO ORDERED this 28th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE